CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 15 2012

JULIA C. DUDLEY, CLERK
BY:
    DEPUTY CLERK

THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| ERIC J. DEPAOLA, | ) | Civil Action No. 7:12-cv-00139 |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| TRACY RAY, et al. | ) | |
| Defendants. | ) | By: Samuel G. Wilson<br>United States District Judge |

For the reasons stated in the memorandum opinion entered on this day, it is hereby **ADJUDGED** and **ORDERED** that Eric J. DePaola's request for in forma pauperis status is **GRANTED**, that his complaint against James Wade is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B) as frivolous. The Clerk is further directed to send a copy of this order and the accompanying memorandum opinion to the plaintiff.

**ENTER:** June 15, 2012.

_____
UNITED STATES DISTRICT JUDGE