CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 16 2013

JULIA C. DUDLEY, CLERK
BY:
  DEPUTY CLERK

THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| ERIC J. DEPAOLA, | ) | Civil Action No. 7:12-cv-00139 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| TRACY RAY *et al.*, | ) | By: Samuel G. Wilson |
| Defendants. | ) | United States District Judge |

In accordance with the court's memorandum opinion entered this day, the court **OVERRULES** DePaola's objections with one narrow exception, **ADOPTS** the Magistrate Judge's Report and Recommendation with modifications, and **REFERS** the issue of injunctive relief as it relates to closed-caption religious services to the Magistrate Judge for a hearing and full evaluation on the merits.

**ENTER**: August 16, 2013.

UNITED STATES DISTRICT JUDGE