CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 16 2013

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| ERIC J. DEPAOLA,<br>    Plaintiff, | ) <br>) <br>) | Civil Action No. 7:12-cv-00139 |
| v. | ) <br>) | **ORDER** |
| TRACY RAY *et al.*,<br>    Defendants. | ) <br>) <br>) | By: Samuel G. Wilson<br>United States District Judge |

In accordance with the court's memorandum opinion entered this day, the court **OVERRULES** DePaola's objections with one narrow exception, **ADOPTS** the Magistrate Judge's Report and Recommendation with modifications, and **REFERS** the issue of injunctive relief as it relates to closed-caption religious services to the Magistrate Judge for a hearing and full evaluation on the merits.

**ENTER**: August 16, 2013.

/s/

UNITED STATES DISTRICT JUDGE