CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 15 2013

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ERIC J. DEPAOLA, #1145137, ) | |
| ) | Civil Action No. 7:12CV00139 |
| Plaintiff, ) | |
| ) | |
| v. ) | **DISMISSAL ORDER** |
| ) | |
| TRACY RAY, *et al.*, ) | By: Samuel G. Wilson |
| ) | United States District Judge |
| Defendants. ) | |
| ) | |

This case was referred pursuant to 28 U.S.C. § 636(b)(1)(B) to the Honorable Pamela M. Sargent, United States Magistrate Judge. The Magistrate Judge has filed a report recommending that the court grant the defendants' Motion for Summary Judgment (Docket Item No. 42).

The parties have not filed objections to the report and recommendation and the court, upon review of pertinent portions of the record, is of the opinion that the report should be adopted. It is accordingly, **ORDERED** and **ADJUDGED** that the defendants' Motion for Summary Judgment is **GRANTED**, the Magistrate Judge's Report and Recommendation (Docket Item No. 47) is **ADOPTED**, and, with no remaining issues to decide, the case is **DISMISSED** and **STRICKEN** from the court's active docket.

The Clerk is directed to send copies of this order to all counsel of record and unrepresented parties.

ENTER: This November 15th, 2013.

_____
UNITED STATES DISTRICT JUDGE